**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

**v.**                                          **5:16-CR-339(L) (NAM)**
                                                 **5:16-CR-340(M) (NAM)**
**CLIF J. SEAWAY,**

                                   **Defendant.**

---

**Hon. Norman A. Mordue, Senior U.S. District Judge:**

**<u>VERDICT FORM</u>**

**PLEASE NOTE:  Your verdict should be reported to the Judge on this verdict form, which must be signed by the jury foreperson.  <u>Each question must be answered unanimously.</u>**

**Please first answer Questions 1-7, which relate to the Indictment in Case No. 16-CR-339.**

<u>**Question 1**</u>

**Count 1: Conspiracy to Sexually Exploit a Child [18 U.S.C. § 2251(e)].**

As for Count 1, how do you, the jury, find the Defendant?

Guilty:____✓____          Not Guilty: _____

<u>**Question 2**</u>

**Count 2: Sexual Exploitation of a Child [18 U.S.C. § 2251(a)].**

As for Count 2, how do you, the jury, find the Defendant?

Guilty:____✗____          Not Guilty: _____

<u>**Question 3**</u>

**Count 3: Sexual Exploitation of a Child [18 U.S.C. § 2251(a)].**

As for Count 3, how do you, the jury, find the Defendant?

Guilty:____✗____          Not Guilty: _____

<u>**Question 4**</u>

**Count 4: Sexual Exploitation of a Child [18 U.S.C. § 2251(a)].**

As for Count 4, how do you, the jury, find the Defendant?

Guilty:____✗____          Not Guilty: _____

2

## Question 5

**Count 5: Sexual Exploitation of a Child [18 U.S.C. § 2251(a)].**

As for Count 5, how do you, the jury, find the Defendant?

Guilty:_____X_____        Not Guilty: _____

## Question 6

**Count 6: Sexual Exploitation of a Child [18 U.S.C. § 2251(a)].**

As for Count 6, how do you, the jury, find the Defendant?

Guilty:_____X_____        Not Guilty: _____

## Question 7

**Count 7: Sexual Exploitation of a Child [18 U.S.C. § 2251(a)].**

As for Count 7, how do you, the jury, find the Defendant?

Guilty:_____X_____        Not Guilty: _____

**Please proceed to Questions 8-12, which relate to the Indictment in Case No. 16-CR-340.**

## Question 8

**Count 1: Conspiracy to Sexually Exploit a Child [18 U.S.C. § 2251(e)].**

As for Count 1, how do you, the jury, find the Defendant?

Guilty:_____X_____        Not Guilty: _____

3

### Question 9

### Count 2: Sexual Exploitation of a Child [18 U.S.C. § 2251(a)].

As for Count 2, how do you, the jury, find the Defendant?

Guilty: __X_____     Not Guilty: _____

### Question 10

### Count 3: Sexual Exploitation of a Child [18 U.S.C. § 2251(a)].

As for Count 3, how do you, the jury, find the Defendant?

Guilty: __X_____     Not Guilty: _____

### Question 11

### Count 4: Sexual Exploitation of a Child [18 U.S.C. § 2251(a)].

As for Count 4, how do you, the jury, find the Defendant?

Guilty: __X_____     Not Guilty: _____

### Question 12

### Count 5: Sexual Exploitation of a Child [18 U.S.C. § 2251(a)].

As for Count 5, how do you, the jury, find the Defendant?

Guilty: __X_____     Not Guilty: _____

Date:   December 14, 2017

4

United States District Court
Northern District of New York

Chambers of
Norman A. Mordue
Chief Judge
100 S. Clinton Street
Syracuse, NY 13261-7336

13 22 PM   12/14/17

James B Miller C 50